# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

FILED
DEC 28 2018

Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos DEL ANGEL-Zamora YOB: 1987<br>Citizenship: Mexico<br><br>Defendant(s) | ) ) ) ) ) ) ) ) Case No. M-18-2658-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 26, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922 (g)(5)(A) | Unlawful to possess a firearm that had previously traveled in and affected interstate commerce while being an alien who is illegally or unlawfully present within the United States; To Wit; Taurus, Model PT111 Pro 9mm caliber firearm, SN: TZC92342 loaded with one (1) twelve (12) round capacity Taurus PT111 Pro 9mm magazine and seventy-seven (77) rounds of 9mm caliber ammunition and a Taurus, .38 special firearm, SN: IP972180 and thirty-three (33) rounds of .38 caliber ammunition |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by David A. Lindenmuth

12/28/18

_____
Complainant's signature

J. Michael Salinas, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/28/18

_____
Judge's signature

City and state: McAllen, Texas

Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

On November 26, 2018, Juan Carlos DEL ANGEL-Zamora, YOB: 1987, was arrested by the Hidalgo County Sheriff's Office (HCSO) after a traffic stop was conducted on his vehicle in Mission, Texas. A search of DEL ANGEL-Zamora's vehicle resulted in the discovery and seizure of two (2) firearms, ammunition, body armor, methamphetamine, cocaine and marijuana.

On November 27, 2018 DEL ANGEL-Zamora was interviewed by HCSO Investigators. In a post Miranda statement, DEL ANGEL-Zamora admitted to being in possession of a Taurus, Model PT111 Pro 9mm caliber firearm, SN: TZC92342 loaded with one (1) twelve (12) round capacity Taurus PT111 Pro 9mm magazine and seventy-seven (77) rounds of 9mm caliber ammunition. DEL ANGEL-Zamora also admitted to being in possession of a Taurus, .38 special firearm, SN: IP972180 and thirty-three (33) rounds of .38 caliber ammunition as well as the body armor and narcotics which were found during the traffic stop. During the interview, DEL ANGEL-Zamora made statements that he was unlawfully present in the United States and knew that he was prohibited from possessing a firearm.

Database queries conducted by Homeland Security Investigations (HSI) confirmed that DEL ANGEL-Zamora is a citizen and national of Mexico who lacks immigration documents allowing him to remain or reside in the United States. Due to DEL ANGEL-Zamora's lack of non-immigrant status in the United States, HSI determined that DEL ANGEL-Zamora is prohibited from possessing firearms and ammunition, in violation of Title 18 United States Code 922(g)(5)(A).

An ATF Special Agent firearm nexus expert examined the firearms and ammunition and determined that the firearms and ammunition were manufactured outside of the state of Texas and therefore traveled in and affected interstate commerce.